LOUIS LEVINE, Respondent, v. FREDERICK W. PARSONS, as Commissioner of Mental Hygiene of the State of New York, WILLIAM E. HAUGAARD, as Commissioner of Architecture of the State of New York, FREDERICK STUART GREENE, as Superintendent of Public Works of the State of New York, and JOHN J. MERRILL and Others, as Commissioners of Taxation and Finance of the State of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten

dollars costs. Motion for stay denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.